IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RYC CLEMENTS PARTNERS PLAINTIFF

v. Case No. 4:26-CV-04014

FIRST SOUTHERN BANK DEFENDANT

**ORDER**

Before the Court is Plaintiff's Motion to Dismiss with Prejudice. ECF No. 10. Defendant has not responded in opposition to Plaintiff's motion, and the Court finds no response necessary given the circumstances.[1] An action may be dismissed by court order at the plaintiff's request, on terms that the Court considers proper. Fed. R. Civ. P. 41(a)(2). Voluntary dismissal under Rule 41(a)(2) should not be granted if a party will be prejudiced by the dismissal. *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1079 (8th Cir. 2017).

The Court finds that no party will be prejudiced by the dismissal. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to vacate this order and to reopen this case upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 8th day of October, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge

[1] Plaintiff has stated that the parties have reached a settlement resolving the claims asserted in this action. ECF No. 10.